Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

3 CARMEN VASTOLA, Appellant-Respondent, v. FRONTIER REFRIGERATION COMPANY et al., Respondents-Appellants.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.